16-CR-0529(NSR)

Federal Rules of Appellate Procedure Form 1. Notice of Appeal to a Court of Appeals
From a Judgment or Order of a District Court.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: MAR 2 2 2019
```

United States District Court for the District of
the Southern District of New York

File Number 16-cr-529

United States of America  )
        Plaintiff.  )
v.  )          Notice of Appeal
Jemel Goode  )
        Defendant.  )

Notice is hereby given that Jemel Goode , (plaintiffs)
(defendants) in the above-named case*, hereby appeal to the United States Court of Appeals for
the Second Circuit (from the final judgment) (from an order (describing it)) entered in this
action on the 14th day of March day of March , 20 19 .

14th March including, inter alia, conviction and sentence and motions

/s/ Susan C. Wolfe    /s/ Susan C. Wolfe

Attorney for Jemel Goode
Address: Law Office of Susan C Wolfe
1700 Broadway, 41st Floor NY, NY 10019 917-209-0441

[*Note to inmate filers: If you are an inmate confined in an institution and you seek the timing benefit of Fed. R. App. P. 4(c)(1), complete Form 7 (Declaration of Inmate Filing) and file that declaration along with this Notice of Appeal.*]

---

*See Rule 3(c) for permissible ways of identifying appellants

## SUSAN C. WOLFE, ESQ.
Law office of Susan C. Wolfe
1700 Broadway, 41st Floor
New York, York 10019

Tel:     (917) 209-0441
Email:  scwolfe@scwolfelaw.com

March 20, 2019

Clerk's Office – Appeals Clerk
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York  10007-1312

Re:  *United States v. Jemel Goode.* 16-cr-529 (NSR)

Dear Sir or Madam:

     Enclosed please find the Notice of Appeal for the defendant in the above-captioned criminal case.   The last date for filing is March 28, 2017.

     Thank you for your attention.

Very truly yours,

*Susan C. Wolfe*

SUSAN C. WOLFE

Susan C. Wolfe
Law Office of Susan C. Wolfe
1700 Broadway 41st Fl
New York, NY 10019

Appeals 2019 MAR 22 PM 2:03 Clerk's Office Appeals SM
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

10007-133099